**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN KING,<br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br>Defendant. | No. 2:24-cv-00575-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN CASE SCHEDULE DEADLINES** |

This matter came before the above-entitled Court upon the Stipulated Motion to Extend Certain Case Schedule Deadlines. The Court has reviewed the records and files herein.

IT IS HEREBY ORDERED that:

1. The Stipulated Motion to Extend Certain Case Schedule Deadlines is **GRANTED**.

2. The following pretrial deadlines are continued as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | January 27, 2025 | February 3, 2025 |

DATED this 24th day of January, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN CASE
SCHEDULE DEADLINES – 1
Case No.: 2:24-cv-00575-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

*Presented by:*

By: *s/David Fadduol*
Isaac Ruiz, WSBA #35237
David Fadduol, WSBA # 61126
*Attorneys for Plaintiffs*


By: *s/Rishabh R. Agny*
Ryan J. Hesselgesser, WSBA #40720
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendant State Farm
Fire and Casualty Company*

ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN CASE SCHEDULE DEADLINES – 2
Case No.:  2:24-cv-00575-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX