HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN KING, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | No. 2:24-cv-00575 BJR<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and pursuant to the parties' Stipulation, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

It is so ORDERED this 11th day of March, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL
(No. 2:24-cv-00575) - 1

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702